**Gmail**                                                                                       Anthony neal <anthonyneal502@gmail.com>

## Florence SC to Danville VA
16 messages

---

**Anthony neal** <anthonyneal502@gmail.com>                                                         Mon, May 15, 2023 at 4:27 PM
To: Joel.Mathis@pepsico.com

What are the details for the above load?

---

**Mathis, Joel {PEP}** <Joel.Mathis@pepsico.com>                                                    Mon, May 15, 2023 at 4:28 PM
To: Anthony neal <anthonyneal502@gmail.com>

PU 1700

DEL 5/16 – FCFS 0600-1430

Weight 44032 – water

Rate 700

53 dry van swing doors

MC?

From: Anthony neal <anthonyneal502@gmail.com>
Sent: Monday, May 15, 2023 3:28 PM
To: Mathis, Joel {PEP} <Joel.Mathis@pepsico.com>
Subject: Florence SC to Danville VA

**WARNING:** Email originated outside of PepsiCo.

[Quoted text hidden]

---

**Anthony neal** <anthonyneal502@gmail.com>                                                         Mon, May 15, 2023 at 4:30 PM
To: "Mathis, Joel {PEP}" <Joel.Mathis@pepsico.com>

I can do it but I want make it by 17:00. MC# 908577
I'm located in Columbia SC.
[Quoted text hidden]

---

**Mathis, Joel {PEP}** <Joel.Mathis@pepsico.com>                                                    Mon, May 15, 2023 at 4:34 PM
To: Anthony neal <anthonyneal502@gmail.com>

What would your ETA be? Is your driver empty?

[Quoted text hidden]

---

**Anthony neal** <anthonyneal502@gmail.com>                                                         Mon, May 15, 2023 at 4:34 PM
To: "Mathis, Joel {PEP}" <Joel.Mathis@pepsico.com>

Exhibit - A

18:30

[Quoted text hidden]

---

**Mathis, Joel {PEP}** <Joel.Mathis@pepsico.com>　　　　　　　Mon, May 15, 2023 at 4:35 PM
To: Anthony neal <anthonyneal502@gmail.com>

Can work in upon arrival until 2100

[Quoted text hidden]

---

Anthony neal <anthonyneal502@gmail.com>　　　　　　　Mon, May 15, 2023 at 4:36 PM
To: "Mathis, Joel {PEP}" <Joel.Mathis@pepsico.com>

Sounds good.
[Quoted text hidden]

---

**Mathis, Joel {PEP}** <Joel.Mathis@pepsico.com>　　　　　　　Mon, May 15, 2023 at 4:37 PM
To: Anthony neal <anthonyneal502@gmail.com>

Let me know if that would work for you


Best

[Quoted text hidden]

---

Anthony neal <anthonyneal502@gmail.com>　　　　　　　Mon, May 15, 2023 at 4:37 PM
To: "Mathis, Joel {PEP}" <Joel.Mathis@pepsico.com>

Yes, that will work.
[Quoted text hidden]

---

**Mathis, Joel {PEP}** <Joel.Mathis@pepsico.com>　　　　　　　Mon, May 15, 2023 at 4:40 PM
To: Anthony neal <anthonyneal502@gmail.com>

I can t use your MC due to 0 inspections showing on carrier411 unfortunatley

[Quoted text hidden]

---

Anthony neal <anthonyneal502@gmail.com>　　　　　　　Mon, May 15, 2023 at 4:42 PM
To: "Mathis, Joel {PEP}" <Joel.Mathis@pepsico.com>

Yeah I've been having that problem, but I can't force dot to pull me over. I get my annual inspection every year as required by law.
[Quoted text hidden]

---

Anthony neal <anthonyneal502@gmail.com>　　　　　　　Mon, May 15, 2023 at 4:44 PM
To: "Mathis, Joel {PEP}" <Joel.Mathis@pepsico.com>

It don't make sense brokers are using 3rd parties to deny my company business.
[Quoted text hidden]

---

**Mathis, Joel {PEP}** <Joel.Mathis@pepsico.com>　　　　　　　Mon, May 15, 2023 at 4:45 PM
To: Anthony neal <anthonyneal502@gmail.com>

Exhibit - A

Apologies, but I have to go off what my manager says.

[Quoted text hidden]

---

**Anthony neal** <anthonyneal502@gmail.com>                                    Mon, May 15, 2023 at 4:46 PM
To: "Mathis, Joel {PEP}" <Joel.Mathis@pepsico.com>

You manager has discretion to approve it.

[Quoted text hidden]

---

**Mathis, Joel {PEP}** <Joel.Mathis@pepsico.com>                               Mon, May 15, 2023 at 4:47 PM
To: Anthony neal <anthonyneal502@gmail.com>

He wont use any MC that shows 0 inspections

[Quoted text hidden]

---

**Anthony neal** <anthonyneal502@gmail.com>                                    Mon, May 15, 2023 at 4:48 PM
To: "Mathis, Joel {PEP}" <Joel.Mathis@pepsico.com>

I have proof that my truck has been inspected. I can provide my proof.

[Quoted text hidden]

# LETTER OF INTENT TO SUE

Wilbert A. Neal per Neal Boyz Family Trucking LLC.
1021 Brooks Rd, Reidsville, North Carolina 27320
919.914.3538
Anthonyneal502@gmail.com

Effective Date: May 27, 2023

**RE: NOTICE OF INTENT TO FILE LAWSUIT**

Dear Carrier 411 Services, Inc. and known and unknown shareholders and Darren Brewer (Owner)

This letter of intent to sue shall serve as a formal notice that Wilbert A. Neal, per Neal Boyz Family Trucking, LLC intend to commence a Defamation lawsuit against you do to the following: In or around October 2022, Plaintiffs (Neal Boyz Family Trucking, LLC) noticed that we (Plaintiffs: Neal Boyz Family Trucking, LLC) were losing customers that we have worked with repeatedly for almost 10 years. In the beginning, brokers would say they couldn't use our Motor Carrier number (MC) but wouldn't say why. We didn't understand why because our safety score was perfect. We were never involved in any accidents or not compliant with the Federal Motor Carrier Safety Administration (FMCSA). We just didn't understand and the whole situation has put us under a lot of stress. There have been numerous times where we spent most of the day trying to book loads that we were interested in, with no avail. At some point, the brokers started telling us that they couldn't use us because we hadn't had a truck inspection in two years, but they would never tell us the source of this

Exhibit -A

information. We would plead with them and tell them that the FMCSA requires us to have our trucks inspected every year and that they also require us to inspect our trucks twice daily. We explain to them that we have additional steps in place to certify that our vehicles stay mechanically sound. However, in most of our pleas the broker would not do business with our company because of the report they were using. In a few situations the broker would talk to his or her manager to overcome the false report.

The incident in which made plaintiff aware of the author of this false report was on May 15, 2023, at 4:27 PM. The communication with Pepsi Logistics (broker) went as follows:

> Anthony Neal: "What are the details for the above Load"

> Mathis, Joel: "PU 1700, DEL 5/16-FCFS 0600-1430 Weight 44032-water, Rate $700, 53 dry Van swing doors, MC?"

> Anthony Neal: "I can do it, but I want make it by 17:00. MC#908577 I'm located in Columbia, SC"

> Mathis, Joel: "What would your ETA be? Is your driver Empty?"

> Anthony Neal: "18:30"

> Mathis, Joel: "Can work in upon arrival until 21:00"

> Anthony Neal: "Sounds good"
> Mathis, Joel: "Let me know if that would work for you"

> Anthony Neal: "Yes, that will work."

Exhibit - A

Mathis, Joel: "I can't use your MC due to 0 inspections
Showing on carrier411 unfortunately"

This false report has been a burden on our company for about 8 months now. It is about to end our existence as an outstanding business. Before this false report our company had zero debt and both owners had personal credit scores over 800. Now our debt has overtaken us since we are not able to book the loads that we use to book. In fact, we are almost to the point of Bankruptcy. We are $621,604.67 in debt and this amount is increasing by the day. Even if these false and malicious assertions ended today, the impact would still last a lifetime and into the next generation. When we started this company, our goal was to build something that would be passed on to our family.

    Our company feels that Carrier 411 acts were ill will or reckless because when we tried to call them about the false reports, they simply hung up the phone and blocked our number to hinder us from any further communications. Carrier 411's primary goal is to keep unsafe carriers off the roads, so they know that what they are doing is injuring carriers on a personal financial basis and business financial basis. Owner operators are small companies. They usually have between 1-5 trucks, so they don't have big national accounts like the big trucking companies. Owner operators do a lot of commingling just to survive. However, the surprising part of Carrier 411's efforts to determine which carriers are safe and which carriers are unsafe is based on no authority. Congress has not given this company authority nor has the Federal Motor Carrier Safety Administration (FMCSA) given them authority to regulate anything in interstate commerce or the transportation industry. They operate solely on a monthly subscription basis with FMCSA. They have no right to go around defaming our company by posting on the internet or telling other companies not to do business with our company because

Exhibit - A

we "haven't had a vehicle inspection in over two years." We follow the FMCSA. They tell us to have our equipment inspected once a year by certified State Officials and we have proof that we do. The FMCSA requires us to inspect our equipment twice a day by solo drivers and we have proof that we do, so Carrier 411 has no right to call our company unsafe. Our company are experts in safety. We have been in business for about 10 years and have never injured other drivers traveling on roadways or put other drivers in danger due to faulty equipment or anything deemed "unsafe". Carrier 411 has never personally interacted with Neal Boyz Family Trucking LLC to assimilate a fact that we are an unsafe carrier. In fact, Carrier 411 is putting our driver's lives at risk every day because they have taking away the necessary money for our safety program. Not only our drivers but the public as well because Carrier 411 is using their website to assert the fact to brokers in the trucking industry that we are an unsafe carrier. We must worry every day about how we are going to continue to purchase the necessary parts and services needed to keep our equipment safe.

Neal Boyz Family Trucking LLC contends that if or when property is destroyed or someone is injured, Carrier 411 will most likely be the culprit and not Neal Boyz Family Trucking LLC. We haul hundreds of loads each year and we understand the importance of keeping our drivers and the community safe and the main tool to keep everyone safe is money. For example, we can't go into a service department and ask them to put on brakes and new tires without having the necessary funds to pay for them. Carrier 411 has taken money from our company on numerous occasions and has wreaked havoc on our business character as a trusted and respected carrier.

**I. THE PLAINTIFF.** Wilbert A. Neal per Neal Boyz Family Trucking LLC (the "Plaintiffs).

Exhibit - A

**II. THE DEFENDANT** Carrier411 Services, Inc. known and unknown shareholders and Darren Brewer (the "Defendants").

**III. SETTLEMENT DEMAND** As a result of your actions, the Plaintiff is willing to resolve the matter for a payment of $20,000,000.00. This offer to cure and/or settle this matter outside of court and avoid a lawsuit is valid for 30 days from the Effective Date.

**IV. GOVERNING Law:** This Letter of Intent shall be governed under the laws of the State of Florida.

Sincerely,

*Wilbert A. Neal*

Wilbert A. Neal per Neal Boyz Family Trucking, LLC

Exhibit - A



 Pepsi Logistics Company Inc  + Save

PICK UP

Aurora, NE (107 mi)

Monday, September 4

DROP OFF

Gering, NE

| TRIP | RATE | 30D MARKET | AGE |
| --- | --- | --- | --- |
| 329 mi | $1,000 | $1,194 | 16 h 57 m |

CALL

Profit Estimator    Learn More

11m  $1,100  $1,386

PICK UP HOURS: —

DOCK HOURS: —

TRUCK: VR: Van or Reefer

LENGTH: 53 ft

WEIGHT: 40,000 lbs

COMPANY:

CREDIT SCORE: 97

DAYS TO PAY: 19

REVIEWS:

★

DOCKET:

CONTACT:

COMMENTS: —

COMMODITY: —